CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
SEP 1 4 2015
LODGED_____REC'D_____
PAID_____DOCKETED_____

September 11, 2015

Dear Bankruptcy Clerk,

I am requesting that you please issue an Alias Summons to Lori D. Baczkowski due to the fact that I did not attach the summons to the Certificates Of Service for Adversary case # 15-06085-fra.
Thank you for your attention to this matter.

Sincerely,

*Lori D. Baczkowski*
Lori D. Baczkowski
1025 NE Fall Dr.
Grants Pass, OR 97526