Oren B. Haker, OSB No. 130162
Crystal S. Chase, OSB No. 093104
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

    Attorneys for Defendants

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| In re<br><br>LORI DIANE BACZKOWSKI,<br><br>    Debtor. | Case No. 15-62839-fra13 |
| LORI DIANE BACZKOWSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-23CB, QUALITY LOAN SERVICE CORPORATION OF WASHINGTON , SELECT PORTFOLIO SERVICING, INC.,<br><br>    Defendants. | Adversary Proceeding No. 15-06085-fra<br><br>CORPORATE OWNERSHIP STATEMENT |

    Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Defendants Bank of New

York Mellon, F/K/A The Bank of New York, as Trustee, on Behalf of the Holders of the

Page 1   -   CORPORATE OWNERSHIP STATEMENT

Alternative Loan Trust 2007-23cb, Mortgage Pass-Through Certificates, Series 2007-23cb and Select Portfolio Servicing, Inc. (collectively, "Defendants"), state as follows:

The following entities directly or indirectly own 10 percent or more of any class of Select Portfolio Servicing, Inc.'s corporation equity interest: SPS Holding Corp.

DATED: October 14, 2015.

STOEL RIVES LLP

*/s/ Oren B. Haker*
OREN B. HAKER, OSB No. 130162
CRYSTAL S. CHASE, OSB No. 093104
Telephone: (503) 224-3380
Facsimile: (503) 220-2480
oren.haker@stoel.com
crystal.chase@stoel.com

Attorneys for Defendants Bank of New York Mellon as Trustee and Select Portfolio Servicing, Inc

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **CORPORATE OWNERSHIP STATEMENT** by electronic notice via CM/ECF on the date indicated below to the following:

- Naliko Markel   ecf@eugene13.com
- CASEY C PENCE   bknotice@mccarthyholthus.com
- US Trustee, Eugene   USTPRegion18.EG.ECF@usdoj.gov

and by mailing with postage prepaid on the date indicated below to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said person(s) at his or her last-known address(es) indicated below.

>Lori Diane Baczkowski
>1025 NE Fall Dr
>Grants Pass, OR 97526

DATED: October 14, 2015.

>STOEL RIVES LLP
>
>/s/ Oren B. Haker
>OREN B. HAKER, OSB No. 130162
>CRYSTAL S. CHASE, OSB No. 093104
>Telephone: (503) 224-3380
>Facsimile: (503) 220-2480
>oren.haker@stoel.com
>crystal.chase@stoel.com
>
>Attorneys for Defendants Bank of New York Mellon as Trustee and Select Portfolio Servicing, Inc

Page 1   -   CERTIFICATE OF SERVICE