Casey C. Pence, OSB 975271　　　　　　　　　　　　　　The Honorable Frank R. Alley
**McCarthy & Holthus, LLP**　　　　　　　　　　　　　　Chapter 13
920 SW 3rd Avenue, 1st Floor
Portland, OR 97204
Phone (971) 201-3210
Fax (971) 201-3202

Attorneys for Quality Loan Service
Corporation of Washington

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re:<br>LORI DIANE BACZKOWSKI,<br>　　　　　Debtor. | Case No. 15-62839-fra13 |
| LORI DIANE BACZKOWSKI and NALIKO MARKEL as Trustee,<br>　　　　　Plaintiffs,<br>v.<br>BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-23CB. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-23CB; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, AND SELECT PORTFOLIO SERVICING, INC.,<br>　　　　　Defendants. | Adversary Proceeding 15-06085-fra<br><br>**QUALITY LOAN SERVICE CORPORATION OF WASHINTON'S CORPORATE OWNERSHIP STATEMENT** |

　　　　COMES NOW Defendant, Quality Loan Service Corporation of Washington, by and through its undersigned attorney of record, Casey C. Pence, McCarthy & Holthus, LLP, and pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, declares:

| | |
|---|---|
| QUALITY LOAN SERVICE CORPORATION OF WASHINTON'S CORPORATE OWNERSHIP STATEMENT -1<br>OR-15-119534 | **McCarthy & Holthus, LLP**<br>920 SW 3rd Avenue, 1st Floor<br>Portland, OR 97204<br>(971) 201-3200 |

Quality Loan Service Corporation of Washington is a Washington Corporation which is registered as a Foreign Business Corporation with the State of Oregon, and is solely owned by individuals, and is without any corporate ownership.

Dated: 10/14/2015            McCarthy & Holthus, LLP

By: /s/ Casey C. Pence
Casey C. Pence, OSB 975271
**McCarthy & Holthus, LLP**
920 SW 3rd Avenue, 1st Floor
Portland, OR 97204
Attorneys for Defendant, Quality Loan Services Corp.

QUALITY LOAN SERVICE CORPORATION OF
WASHINTON'S CORPORATE OWNERSHIP
STATEMENT -2
OR-15-119534

**McCarthy & Holthus, LLP**
920 SW 3rd Avenue, 1st Floor
Portland, OR 97204
(971) 201-3200

Case 15-06085-fra    Doc 13    Filed 10/14/15

# CERTIFICATE OF SERVICE

On 10/14/2015, I served the foregoing documents described as **QUALITY LOAN SERVICE CORPORATION OF WASHINTON'S CORPORATE OWNERSHIP STATEMENT** on the following individuals by electronic means through the Court's ECF program:

>Naliko Markel
>general@eugene13.com
>
>Crystal K Chase
>crystal.chase@stoel.com
>
>Oren B. Haker
>obhaker@stoel.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Bogdan Radulescu
Bogdan Radulescu

On 10/14/2015, I served the foregoing documents described as **QUALITY LOAN SERVICE CORPORATION OF WASHINTON'S CORPORATE OWNERSHIP STATEMENT** on the following individuals by depositing true copies thereof in the United States mail at San Diego, CA, enclosed in a sealed envelope, with postage paid, addressed as follows:

>DEBTOR
>Lori Diane Baczkowski, 1025 NE Fall Drive, Grants Pass, OR 97526
>
>US TRUSTEE
>405 E 8th Ave #1100, Eugene, OR 97401
>
>NALIKO MARKEL
>POB 467
>Eugene, OR 97440

CERTIFICATE OF SERVICE -1
OR-15-119534

**McCarthy & Holthus, LLP**
920 SW 3rd Avenue, 1st Floor
Portland, OR 97204
(971) 201-3200

Case 15-06085-fra    Doc 13    Filed 10/14/15

BANK OF NEW YORK MELLON AS TRUSTEE
AND SELECT PORTFOLIO SERVICING, INC.
Oren B. Haker
Crystal S. Chase
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204

    **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

        Dated: 10/14/2015         /s/ Christian Aguilar
                                                    Christian Aguilar

CERTIFICATE OF SERVICE -2    **McCarthy & Holthus, LLP**
OR-15-119534                 920 SW 3rd Avenue, 1st Floor
                             Portland, OR 97204
                             (971) 201-3200

Case 15-06085-fra    Doc 13    Filed 10/14/15