NOHIP (6/1/12) dcm

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

October 19, 2015

Clerk, U.S. Bankruptcy Court

BY **dcm** DEPUTY

In re
**Lori Diane Baczkowski**         Debtor(s)      ) Case No. 15–62839–fra13

**Lori Diane Baczkowski**         Plaintiff(s)    ) Adv. Proc. No. 15–06085–fra

v.

**Bank Of New York Mellon et al.**    Defendant(s)    ) NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **a Pretrial,** at which testimony will not be received, will be held:

**DATE:** 11/19/15        **TIME:** 01:30 PM

**LOCATION:** US District Courtroom, US Courthouse, 310 W 6th St, Medford, OR 97501

Clerk, U.S. Bankruptcy Court