```
                          United States Bankruptcy Court
                                District of Oregon
Baczkowski,
         Plaintiff                                            Adv. Proc. No. 15-06085-fra
Bank Of New York Mellon,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0979-6          User: Admin.              Page 1 of 1            Date Rcvd: Oct 19, 2015
                              Form ID: NOHIP            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2015.
pla            +Lori Diane Baczkowski,    1025 NE Fall Dr,    Grants Pass, OR 97526-1664

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustpregion18.eg.ecf@usdoj.gov Oct 20 2015 06:25:54      US Trustee, Eugene,
                  405 E 8th Ave #1100,    Eugene, OR 97401-2728
                                                                                              TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2015                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2015 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0

NOHIP (6/1/12) dcm

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

October 19, 2015

Clerk, U.S. Bankruptcy Court

BY **dcm** DEPUTY

In re )
**Lori Diane Baczkowski** )  Case No. 15–62839–fra13
        Debtor(s) )
)
**Lori Diane Baczkowski** )  Adv. Proc. No. 15–06085–fra
        Plaintiff(s) )
)
        v. )
**Bank Of New York Mellon** )  NOTICE OF HEARING
**et al.** )
        Defendant(s) )
)
)

**PLEASE TAKE NOTICE** that **a Pretrial,** at which testimony will not be received, will be held:

**DATE:** 11/19/15      **TIME:** 01:30 PM

**LOCATION:** US District Courtroom, US Courthouse, 310 W 6th St, Medford, OR 97501

Clerk, U.S. Bankruptcy Court

15

Case 15-06085-fra    Doc 16    Filed 10/21/15