# McCarthy ♦ Holthus

*A Limited Liability Partnership*
*A Multijurisdictional Law Firm*

**920 SW 3rd Avenue, 1st Floor**
**Portland, OR 97204**
**Telephone (971) 201-3200**
**Facsimile (971) 201-3202**
**www.McCarthyHolthus.com**
cpence@mccarthyholthus.com

The Honorable Frank R. Alley
United States Bankruptcy Court
District of Oregon
405 E. 8th Avenue, #2600
Eugene, OR 97401

Re: *Baczkowski v. Bank of New York Mellon, et al.*
Adversary Case No.: 15-06085-fra
Bankruptcy Case No.: 15-62839-fra13
Request to Appear Telephonically

Dear Judge Alley:

Our office represents Defendant, Quality Loan Service Corporation of Washington ("Quality"), in the above adversary proceeding. In order to minimize the need for travel, I am writing to request that I be allowed to appear telephonically for the pretrial hearing scheduled for Thursday, November 19, 2015, at 1:30 p.m. in Medford, Oregon.

Quality will not be calling witnesses or presenting exhibits at the pre-trial hearing. My office is located in Portland, Oregon, and I would prefer to appear by telephone if this arrangement is acceptable.

Very truly yours,
**McCarthy & Holthus, LLP**

/s/ Casey C. Pence
Casey C. Pence, OSB 975271

cc: ECF participants
US Trustee, via US Mail
Lori Diane Baczkowski, via US Mail

| **Arizona Office** | **California Office** | **Colorado Office** | **Nevada Office** | **New Mexico Office** | **Washington Office** |
|---|---|---|---|---|---|
| 8502 E. Via De Ventura Blvd. | 1770 4th Avenue | 7700 E. Arapahoe Road, | 9510 West Sahara Avenue, | 6501 Eagle Rock NE, Suite A-3 | 108 1st Ave South |
| Suite 200 | San Diego, CA 92101 | Suite 150 | Suite 200 | Albuquerque, NM 87113 | Suite 300 |
| Scottsdale, AZ 85258 | (619) 685-4800 | Centennial, CO 80112 | Las Vegas, NV 89117 | (877) 369-6122 | Seattle, WA 98104 |
| (480) 302-4100 | Facsimile (619) 685-4811 | (877) 369-6122 | (702) 685-0329 | Facsimile (505) 750-9803 | (206) 319-9100 |
| Facsimile (480) 302-4101 | | Facsimile (866) 894-7369 | Facsimile (866) 339-5691 | | Facsimile (206) 780-6862 |

Case 15-06085-fra    Doc 18    Filed 11/12/15