


CRYSTAL S. CHASE
*Direct (503) 294-9221*
crystal.chase@stoel.com

November 16, 2015

**VIA ECF**

The Honorable Frank R. Alley
United States Bankruptcy Court
District of Oregon
405 E. 8th Avenue, #2600
Eugene, OR 97401

**Re:** *Baczkowski v. Bank of New York Mellon, et al.;* **Adversary Proc. No. 15-06085-fra**
**Lead Bankruptcy Case No. 6-15-bk-62839**
**Request to Appear by Telephone**

Dear Judge Alley:

I write on behalf of the Bank of New York Mellon, f/k/a The Bank of New York, as Trustee, on Behalf of the Holders of the Alternative Loan Trust 2007-23cb, Mortgage Pass-Through Certificates, Series 2007-23cb ("BNYM") in connection with the above-referenced adversary proceeding. The pretrial hearing is set for November 19, 2015 at 1:30 p.m. in Medford [Dkt. No. 15].

BNYM will not be calling any witnesses, nor intends to present any exhibits at the pretrial hearing. BNYM's counsel is located outside the Medford-metro area. Accordingly, BNYM requests that its counsel, Oren B. Haker and Crystal S. Chase, be allowed to appear by telephone.

Very truly yours,

*/s/ Crystal S. Chase*

Crystal S Chase

CSC/llg
cc: ECF Participants; and
     Lori Diane Baczkowski, debtor
     1025 NE Fall Drive
     Grants Pass, OR 97526

80514273.1 0052161-02895

Alaska  California  Idaho
Minnesota  Oregon  Utah  Washington
and  Washington, D.C.

Case 15-06085-fra    Doc 19    Filed 11/16/15