## SUMMARY OF PROCEEDINGS & MINUTE ORDER

In re  
**Baczkowski**  
v.  
**Bank Of New York Mellon et al**

Case No. **15-6085-fra**  
(15-62839)

Judge **Alley**  
Court Reporter **FTR**  
CrtRm Deputy **JRP**

Date **11/19/15**

MATTER BEFORE THE COURT

**PTC**

EVIDENTIARY HEARING: ___ Yes _X_ No

APPEARANCES:

**Lori Baczkowski** - Plaintiff  
**Oren Haker** - Atty for Def. Bank of NY Mellon  
**Crystal Chase** - Atty for Def. Bank of NY Mellon  
**Casey Pence** - Atty for Def. Quality Loan Service Corp. of WA

SUMMARY OF HEARING:

**LB:** Filed a motion to dismiss main case; did not realize it would affect this case. Was planning to file a summary judgment.

**CC:** Bank of New York Mellon has also filed a motion to dismiss; would ask that it still be considered when appropriate.

DETERMINATION OF THE COURT:

Case to be held in abeyance pending actions in main case no. 15-62839-fra13.

The debtor may file a written withdrawal of her motion in the main case prior to December 10, 2015 after which time the Court will review the status of the case(s) for any further action.