UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE ) | Bankruptcy Case |
| ) | No. 15-62839-fra13 |
| LORI DIANE BACZKOWSKI, ) | |
| ) | |
| Debtor. ) | |
| ) | Adversary Proceeding |
| LORI DIANE BACZKOWSKI, ) | No. 15-06085-fra |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| BANK OF NEW YORK MELLON; QUALITY ) | |
| LOAN SERVICE CORPORATION OF ) | |
| WASHINGTON; and SELECT PORTFOLIO ) | |
| SERVICING, INC., ) | |
| ) | ORDER OF DISMISSAL |
| Defendants. ) | |

The above-captioned adversary proceeding was commenced on August 31, 2015. The underlying Chapter 13 case was ordered dismissed on December 11, 2015 (see docket #32 in Case No. 15-62839-fra13).

Dismissal of the underlying Chapter 13 case deprives the Court of jurisdiction in the above-captioned adversary proceeding. For that reason, it is

**ORDERED** that the above-captioned adversary proceeding be, and the same hereby is, DISMISSED.

FRANK R. ALLEY, III
Bankruptcy Judge