```
                          United States Bankruptcy Court
                               District of Oregon
Baczkowski,
        Plaintiff                                         Adv. Proc. No. 15-06085-fra
Bank Of New York Mellon,
        Defendant
```

# CERTIFICATE OF NOTICE

District/off: 0979-6              User: Admin.              Page 1 of 1              Date Rcvd: Jan 12, 2016
                                  Form ID: pdf018           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2016.
pla          +Lori Diane Baczkowski,    1025 NE Fall Dr,    Grants Pass, OR 97526-1664

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion18.eg.ecf@usdoj.gov Jan 13 2016 00:23:32      US Trustee, Eugene,
                405 E 8th Ave #1100,    Eugene, OR 97401-2728
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2016                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2016 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE<br><br>LORI DIANE BACZKOWSKI,<br><br>                  Debtor.<br><br>LORI DIANE BACZKOWSKI,<br><br>                  Plaintiff,<br>vs.<br><br>BANK OF NEW YORK MELLON; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON; and SELECT PORTFOLIO SERVICING, INC.,<br><br>                  Defendants. | Bankruptcy Case<br>No. 15-62839-fra13<br><br><br><br><br>Adversary Proceeding<br>No. 15-06085-fra<br><br><br><br><br><br><br><br><br>ORDER OF DISMISSAL |

    The above-captioned adversary proceeding was commenced on August 31, 2015. The underlying Chapter 13 case was ordered dismissed on December 11, 2015 (see docket #32 in Case No. 15-62839-fra13).

    Dismissal of the underlying Chapter 13 case deprives the Court of jurisdiction in the above-captioned adversary proceeding. For that reason, it is

    **ORDERED** that the above-captioned adversary proceeding be, and the same hereby is, DISMISSED.

*/s/ Frank R. Alley*

FRANK R. ALLEY, III
Bankruptcy Judge